IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



Andre Carlyle Wilson Jr

_____

_____

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

-**against**-

Uber Technologies Inc

_____

_____

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**Complaint for a Civil Case**

Case No. TJS 19 CV 2363

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
            *(check one)*

I.   **The Parties to This Complaint**

    A.   **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach
        additional pages if needed.

            Name          Andre Carlyle Wilson Jr.
            Street Address  2235 Columbia Place
            City and County Hyattsuille  Prince Georges
            State and Zip Code MD.  20785
            Telephone Number 301-661-3035
            E-mail Address andrewilson85@yahoo.com

    B.   **The Defendant(s)**

        Provide the information below for each defendant named in the complaint,
        whether the defendant is an individual, a government agency, an organization, or
        a corporation.  For an individual defendant, include the person's job or title (if
        known).  Attach additional pages if needed.

        Defendant No. 1

            Name          Uber Technologies Inc.
            Job or Title
            (if known)
            Street Address 1455 Market St. Suite 400
            City and County San Francisco, San Francisco
            State and Zip Code CA. 94103
            Telephone Number 1-800-353-8237
            E-mail Address
            (if known)

Defendant No. 2

      Name                     _____

      Job or Title
      (if known)                  _____

      Street Address          _____

      City and County        _____

      State and Zip Code    _____

      Telephone Number    _____

      E-mail Address
      (if known)                  _____

Defendant No. 3

      Name                     _____

      Job or Title
      (if known)                  _____

      Street Address          _____

      City and County        _____

      State and Zip Code    _____

      Telephone Number    _____

      E-mail Address
      (if known)                  _____

Defendant No. 4

      Name                     _____

      Job or Title
      (if known)                  _____

      Street Address          _____

      City and County        _____

      State and Zip Code    _____

      Telephone Number    _____

      E-mail Address
      (if known)                  _____

*(If there are more than four defendants, attach an additional page*
*providing the same information for each additional defendant.)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☛ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Andre C. Wilson JR , is a citizen of the State of *(name)* Maryland .

b.   If the plaintiff is a corporation

Inc.

The plaintiff, *(name)* Uber Technologies is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

    b.   If the defendant is a corporation

        The defendant, *(name)* _____, is
        incorporated under the laws of the State of *(name)*
        _____, and has its principal place of
        business in the State of *(name)* _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

State of Maryland limits + Punitive damages
$108,000

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

① I was an employee working for Uber
on a daily basis when on May 8, 2019
I received an email from an agent of
Uber that I might have appeared to
be under the influence of drugs. An
investigation was done after I responded
to the email that I wasn't under any
influence of drugs or alcohol, but I
was terminated saying they believe I
was based on a rider that was in my
vehicle.

② Their reasoning was that they're
firing me based on another persons
assumption of drug use even though
I was willing to drive to the nearest
corporate office in the city of District
of Columbia to prove my innocence.

③ They wouldn't give me any information
on what their investigation consisted
of to prove that they had a right to
terminate my employment even though I
took a drug test at my physicians office
to prove that I was drug free.

④ Wrongful termination based on their
investigation and my facts that I'm
drug free.

6

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Actual Damages are $5,000 a month until case is resolved base on monthly income. Punitive Damages are $40,000 for financial and emotional distress. This has caused me financial distress, depression based on my physical limitations and losing my main source of income as a single father of 3 children.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __8 | 16__, 20 19

Signature of Plaintiff       _____

Printed Name of Plaintiff     André C. Wilson

> *(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.     For Attorneys

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney     _____
Bar Number              _____
Name of Law Firm          _____
Address               _____
Telephone Number          _____
Email Address            _____